# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Danny Kennedy General<br><br>Date of Original Judgment: April 18, 2000<br>Date of Previous Amended Judgment: April 30, 2002<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>) Case No: 5:99-CR-68-2H<br>) USM No: 18357-056<br>)<br>) Cindy Bembry<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 225 months in Count 1.

Count 4 remains 60 months, consecutive, resulting in a total sentence of 285 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 18, 2000, and April 30, 2002, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  8/4/15                                    /s/ Malcolm J. Howard
                                                       *Judge's signature*

Effective Date:  November 1, 2015                      Malcolm J. Howard, Senior U.S. District Judge
    *(if different from order date)*                   *Printed name and title*

EDNC Rev. 11/8/2011

Case 5:99-cr-00068-H   Document 246   Filed 08/04/15   Page 1 of 1